==================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

**UNITED STATES OF AMERICA**

v.                                            CASE NO. : 16-02254-BPG

**HAROLD T. MARTIN, III**

\*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as co-counsel in this case for Harold T. Martin, III.  I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/06/16 | /s/ |
| Date | DEBORAH L. BOARDMAN (#28655) |
| | First Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, 9th Floor |
| | Baltimore, Maryland  21201 |
| | Telephone: (410) 962-3962 |
| | Facsimile:  (410) 962-0872 |
| | Email: deborah_boardman@fd.org |