| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Kenneth W. Ford, Jr. | 2005 | MD | –Unauthorized possession of national defense information, 18 U.S.C. § 793(e)<br><br>–Making a material false statement to a government agency, 18 U.S.C. § 1001 | Piles of classified documents from NSA, where the defendant worked, kept in his home | No | –Conditions of release unknown, unavailable on Pacer | –Unauthorized possession of national defense information, 18 U.S.C. 793(e)<br><br>–Making a material false statement to a government agency, 18 U.S.C. § 1001 | –72 months in prison as to violation of 18 U.S.C. § 793(e)<br><br>–36 months in prison as to violation of 18 U.S.C. § 1001, concurrent<br><br>–3 years supervised release |
| Samuel "Sandy" Berger | 2005 | DC | -Unauthorized removal and retention of classified material (Class A misdemeanor, 18 U.S.C. § 1924) | Removed classified documents from National Archives and stored them at his office, destroyed some of the documents | No | –Released on personal recognizance<br><br>–Report to probation and Pretrial office for PSI, comply with booking order<br><br>–Any rearrest on probable cause for any subsequent offense may result in revoking present bond and being held without bail | –Unauthorized removal and retention of classified material (Class A misdemeanor, 18 U.S.C. § 1924) | –2 years supervised probation<br><br>–Shall pay $50,000 and supervision costs of $6,905.52 by COB 09/09/05<br><br>–100 hours of community service<br><br>–Shall have no access to classified material for 3 years |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Lawrence A. Franklin | 2005 | EDVA | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Communication of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–Conspiracy to communicate classified information, 18 U.S.C. § 371<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e) | Classified military information regarding U.S. policy toward Iran disclosed to pro-Israel lobbyists and an Israeli diplomat | No | $100,000 unsecured bond<br><br>–Conditions of release unknown, unavailable on Pacer | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Conspiracy to communicate classified information, 18 U.S.C. § 371<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e) | –Total term of 151 months in prison, followed by 3 years supervised release<br><br>–$10,000 fine<br><br>–Continued on current bond conditions to self-surrender, with delayed reporting date |
| Steven J. Rosen | 2005 | EDVA | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Communication of national defense information, 18 U.S.C. § 793(d) | Pro-Israel lobbyist charged with conspiring to gather and disclose classified national security information to journalists and unnamed foreign power | No | –Released on personal recognizance, $100,000 unsecured bond<br><br>–Conditions of release unknown, unavailable on Pacer | –None | –Dismissed on motion of the USA |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Keith Weissman | 2005 | EDVA | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g) | Pro–Israel lobbyist charged with conspiring to gather and disclose classified national security information to journalists and an unnamed foreign power | No | –Released on personal recognizance, $100,000 unsecured bond<br><br>–Conditions of release unknown, unavailable on Pacer | –None | –Dismissed on motion of the USA |
| Shamai K. Leibowitz | 2009 | MD | –Disclosure of classified information, 18 U.S.C. § 798(a)(3) | Leaked classified FBI documents to a blogger | No | –Report on a regular basis to Pretrial Services Supervision<br><br>–Surrender any passports and obtain no new passports<br><br>–Travel restricted to Washington, DC metropolitan area and get prior approval for further travel from Pretrial<br><br>–Do not move without Pretrial permission | –Disclosure of classified information, 18 U.S.C. § 798(a) | –20 months in prison, followed by 3 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Thomas Drake | 2010 | MD | –Willful retention of national defense information, 18 U.S.C. § 793(e) (5 counts)<br><br>–Obstruction of justice, 18 U.S.C. § 1519<br><br>–Making a false statement, 18 U.S.C. § 1001(a) (4 counts) | Information regarding NSA waste and mismanagement | No | –Surrender any passport to Clerk's Office<br><br>–Obtain no passport<br><br>–Travel restricted to MD, DC, and VA without Pretrial approval<br><br>–All other travel may be approved in advance by Pretrial | –Exceeding authorized use of a computer (Class A misdemeanor, 18 U.S.C. § 1030(a)(2)(B)) | –One year probation<br><br>–240 hours of community service at Fort Detrick, MD |
| Jeffrey Sterling | 2010 | EDVA | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–Unauthorized disclosure of national defense information, 18 U.S.C. § 793(e) (3 counts)<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Mail fraud, 18 U.S.C. § 1341 | Classified information regarding efforts to sabotage Iranian nuclear research divulged to NYT reporter James Risen | No | –Released on personal recognizance, unsecured bond of $10,000 consigned by third party custodian<br><br>–Placed in custody of third party custodian<br><br>–Actively seek employment<br><br>–Do not depart Washington, DC metropolitan area without preapproval by Pretrial or Court | All counts except one | –42 months in prison as to each count, all to run concurrent<br><br>–2 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | –Unauthorized conveyance of government property, 18 U.S.C. § 641<br><br>–Obstruction of justice, 18 U.S.C. § 1512(c)(1) | | | –Avoid all contact and communication with alleged victims or potential witnesses unless in presence of defense counsel<br><br>–Report to Pretrial<br><br>–Refrain from possessing a firearm<br><br>–Refrain from excessive use of alcohol<br><br>–Undergo psychiatric treatment and take all prescribed medications and waive privacy rights to mental health records<br><br>–Surrender passport and obtain no new passport<br><br>–Notify any employer of being under indictment and the charges involved | | |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Stephen J. Kim | 2010 | DC | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d)<br><br>–False statements, 18 U.S.C. § 1001(a)(2) | Shared classified information from an intelligence report on North Korea with Fox News reporter | No | –Bond in the amount of $100,000 secured by real property<br><br>–Report weekly by phone to Pretrial<br><br>–Shall not travel more than 25 miles outside the Washington, DC metropolitan area without pre-approval of Pretrial, except can travel to California for work or to visit his son with advance written notice to pretrial and government<br><br>–Any rearrest on probable cause for any subsequent offense may result in revoking present bond and being held without bail | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) | –13 months in prison, followed by 12 months of supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| James Hitselberger | 2012 | DC | –Unlawful retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Unauthorized removal of a public record, 18 U.S.C. § 2071(a) | Classified materials concerning Bahrain to the Hoover Institution | No (released after four and a half months in custody) | –Release to high intensity supervision program with GPS location monitoring<br><br>–To reside with aunt, may leave only for appointments with doctors, lawyers, or Pretrial Services, or to attend religious services<br><br>–Prohibited from entering or being in immediate vicinity of Union Station, any other bus or train station that provides service outside of the Washington metropolitan area, or any airport<br><br>–May not travel further than 25 miles from Washington, DC for any reason<br><br>–Meet with Pretrial once a week and call officer at designated time every day<br><br>–Surrender passport and obtain no new passport | –Unauthorized removal and retention of classified documents, 18 U.S.C. § 1924 | –Time served<br><br>–No additional supervision or supervised release shall be imposed<br><br>–$250 fine |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| John Kiriakou | 2012 | EDVA | –Disclosure of classified information identifying a covert agent, 50 U.S.C. § 421(a)<br><br>–Transmission of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–False statements, 18 U.S.C. § 1001(a)(1) | Disclosing identity of CIA officials involved in interrogation abuse to journalists | No | –Released on personal recognizance, $250,000 unsecured bond<br><br>–Bond to be signed by wife and brother within 5 days<br><br>–Do not depart Washington, DC metropolitan area without prior approval of Pretrial or the Court<br><br>–Prior approval needed from Pretrial to travel outside Metro area<br><br>–Do not move from residence without prior approval of Pretrial or the court<br><br>–Avoid all contact with any witnesses<br><br>–Report on a regular basis to Pretrial<br><br>–Surrender any passport and obtain no new passport | –Disclosure of classified information identifying a covert agent, 50 U.S.C. § 421(a) | –30 months in prison, followed by 3 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Donald Sachtleben | 2012 | SDIN | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d)<br><br>–Unauthorized possession and retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Distributing child pornography, 18 U.S.C. § 2256(2)(A)<br><br>–Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) | Classified information regarding foiled bomb plot in Yemen to the AP | No | –Supervision by Pretrial<br><br>–Continue or actively seek employment<br><br>–Surrender any passport and obtain no new passport<br><br>–Travel restricted to SDIN unless pre-approved by Pretrial<br><br>–Avoid all contact with any co-defendants or potential co-defendants<br><br>–Do not possess a firearm<br><br>–Do not use alcohol and submit to testing<br><br>–Home detention with location monitoring–may leave only for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or other pre-approved by Pretrial | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d)<br><br>–Unauthorized possession and retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Distributing child pornography, 18 U.S.C. § 2256(2)(A)<br><br>–Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) | –43 months in prison as to Counts One and Two, to run consecutive with 97-month sentence imposed in child pornography case<br><br>–Total of 7 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | | | | –Random searches of person, residence, and property by Pretrial and/or any law enforcement officers accompanying them<br><br>–Special conditions related to child pornography charges–including not possessing any computer | | |
| Bryan Nishimura | 2015 | EDCA | –Unauthorized removal and retention of classified documents and materials, 18 U.S.C. § 1924 | Downloaded and stored classified military records on personal electronic devices, carried classified materials when traveled off base in Afghanistan and brought them back to US at the end of his deployment | No | –Conditions of release unknown, unavailable on Pacer | –Unauthorized removal and retention of classified documents and materials, 18 U.S.C. § 1924 | –2 years probation<br><br>–$7,500 fine<br><br>–Shall not obtain any new security clearance and shall surrender any security clearances currently held |
| Gen. David Petraeus | 2015 | WDNC | –Unauthorized removal and retention of classified material, 18 U.S.C. § 1924 | Classified information regarding war strategy, intelligence capabilities, and identities of covert officers to biographer/mistress | No | | –Unauthorized removal and retention of classified material, 18 U.S.C. § 1924 | –2 years probation<br><br>$100,000 fine |