# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

**UNITED STATES OF AMERICA** \*

    **v.**     \*     **Case No. : 16-mj-2254-BPG**

**HAROLD T. MARTIN III** \*

    \*  \*  \*  \*  \*  \*  \*

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the defendant, Harold T. Martin III. I certify that I am admitted to practice in this court.

10/31/2016                                             /s/
Date                                                   SHARI H. SILVER #19181
                                                         Staff Attorney
                                                         100 South Charles Street
                                                         Tower II, 9th Floor
                                                         Baltimore, Maryland 21201
                                                         Phone: (410) 962-3962
                                                         Fax: (410) 962-0872
                                                         Email: Shari_Silver@fd.org